In the Matter of the Probate of the Will of IRWIN M. HERZIG, Deceased. GERTRUDE C. H. NOTES, Appellant; BENJAMIN H. HERZIG, Respondent.

Submitted April 6, 1953; decided April 24, 1953.

*Gertrude C. H. Notes,* in person, for motion.

*Benjamin H. Herzig,* in person, opposed.

Motion dismissed, with $10 costs, upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution.